[No. 57135-4-I. Division One. July 31, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW EDWIN RENGO, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-02043-8, Kenneth L. Cowsert, J., entered October 11, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57202-4-I. Division One. July 31, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. R.T.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-8-00488-8, Philip G. Hubbard, Jr., J., entered October 25, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57547-3-I. Division One. July 31, 2006.]

THE STATE OF WASHINGTON, *on behalf of* ROYANNE M. SCHMITZ, *Respondent*, v. ROGER WILLIAM KNIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-3-04471-1, Marilyn Sellers, J. Pro Tem., entered November 14, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 32269-2-II. Division Two. August 1, 2006.]

*In the Matter of the Marriage of* SHAUNA M. COWAN, *Respondent*, and JERRY D. COWAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-3-02384-1, Frederick W. Fleming, J., entered September 20, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Hunt, J.